ACCEPTED
06-15-00103-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
6/29/2015 4:02:08 PM
DEBBIE AUTREY
CLERK

| | |
|---|---|
| Appellate Docket Number: | 06-15-00101-CR |
| Appellate Case Style: Style: | Jeremy Hodge |
| Vs. | State of Texas |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
6/29/2015 4:02:08 PM
DEBBIE AUTREY
Clerk

| | |
|---|---|
| Companion Case: | 06-15-00102-CR |
| Companion Case: | 06-15-00103-CR |

Amended/corrected statement:  ☐

# DOCKETING STATEMENT (Criminal)

Appellate Court: 6th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name: Jeremy | ☒ Lead Attorney |
| Middle Name: | First Name: Kyle |
| Last Name: Hodge | Middle Name: |
| Suffix: | Last Name: Dansby |
| Appellant Incarcerated? ☒ Yes ☐ No | Suffix: |
| Amount of Bond: | ☒ Appointed    ☐ District/County Attorney |
| Pro Se: ◯ | ☐ Retained    ☐ Public Defender |
| | Firm Name: Kyle Dansby Attorney at Law |
| | Address 1: P.O. Box 1914 |
| | Address 2: |
| | City: Marshall |
| | State: Texas    Zip+4: 75671 |
| | Telephone: (903) 738-6162   ext. |
| | Fax: (888) 410-1585 |
| | Email: kdansbylaw@gmail.com |
| | SBN: 24059180 |
| | Add Another Appellant/ Attorney |

## III. Appellee

First Name: State of Texas

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated? ☐ Yes ☐ No

Amount of Bond:

Pro Se: ○

## IV. Appellee Attorney(s)

☒ Lead Attorney

First Name: Tim

Middle Name:

Last Name: Cariker

Suffix:

☐ Appointed    ☒ District/County Attorney

☐ Retained    ☐ Public Defender

Firm Name: Panola County District Attorney's Office

Address 1: 108 S. Sycamore, Room 301

Address 2:

City: Carthage

State: Texas    Zip+4: 75633

Telephone: (903) 693-0310    ext.

Fax: (903) 693-0368

Email: tim.cariker@co.panola.tx.us

SBN: 24009942

Add Another Appellee/ Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Revocation of Probation

Type of Judgment: Final Judgment

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: 03/04/2015

Offense charged:

Date of offense:

Defendant's plea:

If guilty, does defendant have the trial court's certificate to appeal?

☐ Yes ☐ No

Was the trial by: ☐ jury or ☐ non-jury?

Date notice of appeal filed in trial court: 05/27/2015

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: 24 months state jail

Is the appeal from a pre-trial order? ☐ Yes ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes ☒ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☒ Yes ☐ No    If yes, date filed: 04/06/2015

Motion in Arrest of Judgment: ☒ Yes ☐ No    If yes, date filed: 04/06/2015

Other: ☐ Yes ☐ No    If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☐ Yes ☐ No ☐ NA    If yes, date filed:

Date of hearing:    ☐ NA

Date of order:    ☐ NA

Ruling on motion: ☐ Granted ☐ Denied ☐ NA    If granted or denied, date of ruling:

## VIII. Trial Court And Record

Court: County Court at Law

County: Panola

Trial Court Docket Number (Cause no):    2012-C-0096,97,98

Trial Court Judge (who tried or disposed of the case):

First Name: Terry

Middle Name:

Last Name: Bailey

Suffix:

Address 1:

Address 2:

City:

State: Texas          Zip + 4:

Telephone:          ext.

Fax:

Email:

Clerk's Record:

Trial Court Clerk:  ☒ District  ☐ County

Was clerk's record requested?  ☒ Yes  ☐ No

If yes, date requested: May 27 2015

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes  ☐ No  ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record?  ☒ Yes  ☐ No

Was reporter's record requested?  ☒ Yes  ☐ No

Was the reporter's record electronically recorded?  ☒ Yes  ☐ No

If yes, date requested: 05 27/2015

Were payment arrangements made with the court reporter/court recorder?  ☐ Yes  ☐ No  ☒ Indigent

---

☒ Court Reporter          ☐ Court Recorder
☐ Official                ☐ Substitute

First Name:

Middle Name:

Last Name:

Suffix:

Address 1:

Address 2:

City:

State: Texas          Zip + 4:

Telephone:          ext.

Fax:

Email:

## IX. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: [redacted]  Court: [redacted]

Style: [redacted]

Vs.  State of Texas

## X. Signature

*Kyle Dansby*

Signature of counsel (or Pro Se Party)  Date: 06/29/2015

KYLE DANSBY

Printed Name:  State Bar No: 24059180

Electronic Signature: Kyle Dansby  Name: Kyle Dansby
(Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on June 29, 2015 .

*Kyle Dansby*

Signature of counsel (or pro se party)  Electronic Signature: Kyle Dansby
(Optional)

State Bar No.: 24059180

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and address of each person served, and
(3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: 06/29/2015

Manner Served: Email

First Name: Tim

Middle Name:

Last Name: Cariker

Suffix:

Law Firm Name: Panola County District Attorney's Office

Address 1: 108 S. Sycamore, Room 301

Address 2:

City: Carthage

State Texas                Zip+4: 75633

Telephone: (903) 693-0310        ext.

Fax: (903) 693-0368

Email: tim.cariker@co.panola.tx.us